IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–26–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| GRANT ALAN WEST, | |
| Defendant. | |

The government having moved unopposed to withdraw its motion to compel an ear witness lineup of defendant,

IT IS ORDERED that the government's motion, (Doc. 23), is GRANTED.

DATED this 25th day of May, 2022.

_____
Donald W. Molloy, District Judge
United States District Court

1