IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT ALAN WEST,<br><br>Defendant. | CR 22–26–M–DWM<br>CR 22–27–M–DWM<br><br>ORDER |

The United States having moved unopposed to dismiss the pending indictments for the above-captioned cases, with prejudice,

IT IS ORDERED that the United States' motion to dismiss is GRANTED. The indictments are DISMISSED with prejudice.

DATED this 23rd day of February, 2023.

_____
Donald W. Molloy, District Judge
United States District Court